FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 12 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TELMO BARRERA and GALO MEDARDO,
on behalf of themselves, FLSA Collective Plaintiffs
and the Class,

                Plaintiffs,

v.

CASTLE ROCK CONTRACTING LTD.
and JAMES GILLIGAN,

                Defendants.
-----------------------------------------------------------------X

Case No.: 17-cv-2754

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiffs, TELMO BARRERA and GALO MEDARDO, hereby accept and provide notice that they have accepted Defendants' Offer of Judgment to Plaintiffs dated January 9, 2018 and annexed hereto as Exhibit A.

Dated: New York, New York
       January 10, 2018

Respectfully submitted,

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, New York 10016
Tel.: (212) 465-1188
Fax: (212) 465-1181

SO ORDERED: The Clerk of the Court is respectfully directed to close the case.

s/Arthur D. Spatt,
U.S.D.J.

1/12/18
Date

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TELMO BARRERA and GALO MEDARDO,

        Plaintiffs,

v.

CASTLE ROCK CONTRACTING LTD.
and JAMES GILLIGAN,

        Defendants.

Case No.: 17-CV-2754

**OFFER OF JUDGMENT**

---

Pursuant to Federal Rule of Civil Procedure ("FRCP") 68, Defendants CASTLE ROCK CONTRACTING LTD. and JAMES GILLIGAN (collectively, "Defendants"), by their attorneys, Avallone & Bellistri, LLP, Esq., hereby offer to allow entry of judgment in this action as follows:

1. Judgment shall be entered in favor of Plaintiffs TELMO BARRERA and GALO MEDARDO ("Plaintiff") in the amount of $49,000, inclusive of all damages, liquidated damages, interest, reasonable attorneys' fees, costs and expenses actually incurred, to which Plaintiffs are entitled by law.

2. This offer is made on an all or nothing basis. It must be accepted in its entirety or it is deemed rejected.

3. Plaintiffs' acceptance of this offer is in full satisfaction and settlement of all claims that are, could have been or could be asserted by them against Defendants in this action.

4. This offer shall be deemed rejected unless Plaintiffs serve a written acceptance

Case 2:17-cv-02754-ADS-AKT   Document 37   Filed 01/12/18   Page 4 of 4 PageID #:
Case 2:17-cv-02754-ADS-AKT   Document 36   Filed 01/11/18   Page 4 of 4 PageID #: 169
173

of this offer within fourteen 60 days of service upon them. Within 3 days of any acceptance of this offer, Defendants will provide payment on the offer by certified check delivered to Plaintiffs' counsel.

5.  This offer is made for purposes of FRCP 68 only, and neither it nor any judgment resulting from this offer may be construed as an admission (a) of liability on the part of Defendants; or (b) that Plaintiffs have suffered any damage.

Dated: January 9, 2018
New York, NY

Respectfully submitted,

AVALLONE & BELLISTRI, LLP

*Attorneys for Defendants*

By: /s/ Rocco Avallone
Rocco Avallone, Esq.